IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-03329-MSK-MJW

ANDREW DELGADO, on behalf of himself
and all similarly situated persons,

    Plaintiff,

v.

CASTELLINO CORPORATION AND ROBIN CASTELLINO,

    Defendants.

---

### OFFER OF JUDGMENT TO PLAINTIFF

---

COME NOW the Defendants, through their undersigned counsel, and pursuant to Fed.R.Civ.P. 68, hereby submit the following Offer of Judgment to Plaintiff, Andrew Delgado:

1. Defendants offer to allow judgment to be taken against them in the amount of $2,840.01, less applicable withholdings, which amount represents contested wages in this matter, including:

    a. recovery of the tip credit for each of the 337.75 hours Plaintiff worked and was subject to the Via Toscana tip pool requirement; and

    b. the amount of tip wages allegedly contributed to a tip pool by Plaintiff during his employment with Defendants; and, in addition,

2. An equal amount as liquidated damages, and costs and attorney's fees in a reasonable amount to be determined by the Court.

**EXHIBIT B**

3. No other relief beyond that described in the foregoing paragraphs 1 and 2 is to be awarded Plaintiff.

4. This Offer is made for the purposes specified in Fed.R.Civ.P. 68. This Offer is not to be construed as an admission that Defendants are liable in this action or that Plaintiff has incurred any damages.

5. This Offer is withdrawn unless Plaintiff serves written notice of its acceptance within 14 days after being served with this Offer.

6. If this Offer is not accepted, it shall be deemed withdrawn and evidence thereof is not admissible as evidence of Defendants' liability.

7. Pursuant to Fed.R.Civ.P. 68, if judgment finally obtained by Plaintiff, if any, is not more favorable than the Offer, Plaintiff must pay the costs incurred after the Defendants' making of the Offer.

Dated: this 15th day of January, 2014.

FRIESEN LAMB, LLP

By: s/Stephen M. DeHoff
Stephen M. DeHoff
1675 Larimer Street, Suite 675
Denver, Colorado 80202
Tel: (720) 904-6000
Fax: (720) 904-6006

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **OFFER OF JUDGMENT TO PLAINTIFF** was served by email and U.S. Mail, postage prepaid, addressed to the following on this 15th day of January, 2014:

Brian D. Gonzales
The Law Offices of Brian D. Gonzales, PLLC
123 North College Avenue, Suite 200
Fort Collins, CO 80524
BGonzales@ColoradoWageLaw.com

*s/Patricia Foos*
Patricia Foos
FRIESEN LAMB, LLP
1675 Larimer Street, Suite 675
Denver, CO 80202
Telephone: (720) 904-6000
Facsimile: (720) 904-6006
Email: pfoos@friesenlamb.com
