IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03379-MSK-MJW

ANDREW DELGADO, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

CASTELLINO CORPORATION, a Colorado corporation, d/b/a Via Toscana, and ROBIN CASTELLINO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion for Entry of Protective Order (docket no.28) is GRANTED finding good cause shown. The written Protective Order (docket no. 28-1) is APPROVED as amended in paragraphs 13 and 19 and made an Order of Court.

Date: March 17, 2014