IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03379-MSK-MJW

ANDREW DELGADO, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

CASTELLINO CORPORATION, a Colorado corporation, d/b/a Via Toscana, and ROBIN CASTELLINO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      In light of the parties' Stipulated Notice of Settlement (Docket No. 75), it is hereby ORDERED that:

- Plaintiff's Motion to Compel (Docket No. 63) is DENIED AS MOOT; and

- The parties shall file dismissal papers on or before January 30, 2015.

Date: December 23, 2014