IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03379-MSK-MJW

ANDREW DELGADO on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

CASTELLINO CORPORATION, a Colorado corporation doing business as Via Toscana; and ROBIN CASTELLINO,

    Defendants.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on Plaintiff, Andrew Delgado, Opt-in Plaintiff, Annelise Faye BeQuette Lowe, and Defendants, Castellino Corporation d/b/a Via Toscana and Robin Castellino's Stipulated Motion for Dismissal with Prejudice, the Court being fully advised of the premises,

**HEREBY** dismisses this matter with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 13th day of July, 2015.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Court